710 A.2d 1010

IN THE MATTER OF MICHAEL L. RESNICK,
AN ATTORNEY AT LAW.

June 15, 1998.

## ORDER

This matter having been presented to the Court pursuant to *Rule* 1:20–10(b) following a motion for discipline by consent of **MICHAEL L. RESNICK** of **MORRISTOWN**, who was admitted to the bar of this State in 1988;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.2(a) (failing to abide by a client's decision) and *RPC* 1.15(c) (failing to safekeep property);

And the parties having agreed that respondent's conduct violated *RPC* 1.2(a) and *RPC* 1.15(c) and that said conduct warrants a reprimand;

And the Disciplinary Review Board having reviewed the record pursuant to *Rule* 1:20–10(b)(3) to determine the appropriate measure of discipline for respondent's misconduct;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics infractions and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **MICHAEL L. RESNICK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.